# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA
### CLERK OF COURT

UNITED STATES OF AMERICA

                                                Plaintiff,

v.                                                 Case No.: 2:21–cr–00168–JFC

                                                               Judge Joy Flowers Conti

FELIPE RAMOS, et al.

                                              Defendant.

## NOTICE OF ARRAIGNMENT

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

    NOTICE OF ARRAIGNMENT as to *FELIPE RAMOS, RUBEN DAVID APELLANIZ–FIGUEROA*. Arraignment set for 4/27/2021 at 02:00 PM in Video Conference before Magistrate Judge Maureen P. Kelly. (ma)

Joseph F. Weis, Jr. U. S. Courthouse<br>
700 Grant Street<br>
Pittsburgh, PA 15219

April 21, 2021

s/ Joshua C. Lewis, Clerk<br>
s/ Michael Ayoob, Deputy Clerk

NOTICE: YOU ARE HEREBY NOTIFIED THAT PRIOR AUTHORIZATION SHOULD BE OBTAINED FROM THE COURT FOR INVESTIGATIVE, EXPERT OR OTHER SERVICES PURSUANT TO THE CRIMINAL JUSTICE ACT, 18 U.S.C. SECTION 3006(E)(2) AND AUTHORIZATION MUST BE OBTAINED IF THE SERVICES WILL EXCEED THE STATUTORY MAXIMUM.