**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 21-168 |
| | ) | |
| v. | ) | |
| | ) | |
| FELIPE O. RAMOS, | ) | |
| | ) | |
| Defendant. | ) | |

## UNOPPOSED MOTION TO SUBSTITUTE COUNSEL

**TO THE HONORABLE JUDGE JOY FLOWERS CONTI:**

Now comes **Felipe O. Ramos**, Defendant, and brings this Motion to Substitute Counsel, requesting the Court grant permission for Federico Andino Reynal to withdraw and to substitute Christian F. Capitaine as attorney of record for Defendant in this cause, and in support thereof would show:

1. Christian F. Capitaine has been employed to represent Felipe O. Ramos in this case. Felipe O. Ramos approves this substitution.

2. Christian F. Capitaine has conferred with Federico Andino Reynal and AUSA Robert C. Schupansky with regard to the filing of this motion and both are unopposed to it.

**WHEREFORE, PREMISES CONSIDERED, Felipe O. Ramos**, defendant, prays that the Court enter an order allowing Christian F. Capitaine to represent him in this matter.

Respectfully submitted,

By:/s/ *Christian F. Capitaine*
Christian F. Capitaine
State Bar No. 24031911
1210 W. Clay Street, Ste. 12
Houston, TX 77019
Tel: (832) 767-4992
Fax: (713) 766-0133
Email: christian@capitainelaw.com

Consented: */s/ Felipe O. Ramos signed w/ permission CFC*
   **Felipe O. Ramos**, Defendant

## CERTIFICATE OF SERVICE & CONFERENCE

I, Christian F. Capitaine, do hereby certify that on this **March 3, 2022**, a copy of the foregoing Motion was served upon all counsel of record hereto via CM/ECF electronic filing and by e-mail service and their position on this motion is as follows:

   Robert C. Schupansky [X] UNOPPOSED U.S. Attorney's Office
   Federico Andino Reynal [X] UNOPPOSED

   */s/ Christian F. Capitaine*
   Christian F. Capitaine